IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01352-GPG
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

JOSPEPH LUJAN,

        Plaintiff,

v.

[NO NAMED DEFENDANT]

        Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

        Plaintiff, Joseph Lujan, a Colorado state prisoner, initiated this action by filing

part of a Prisoner Complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  In the partial

pleading, Mr. Lujan appears to be attacking the validity of a state court conviction and

sentence.

        "The essence of habeas corpus is an attack by a person in custody upon the

legality of that custody, and . . . the traditional function of the writ is to secure release

from illegal custody."  *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973).  A petition

under 28 U.S.C. § 2254 challenges the validity of a state court conviction or sentence.

*See McIntosh v. United States Parole Comm'n*, 115 F.3d 809, 811 (10th Cir. 1997).

        As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has

determined that Plaintiff must cure the following if he wishes to pursue any claims.  Any

papers that Plaintiff files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  xx  is not submitted
(2)  __  is missing affidavit
(3)  __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  xx  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  __  is missing authorization to calculate and disburse filing fee payments
(7)  __  is missing an original signature by the prisoner
(8)  __  is not on proper form (must use the court's current form)
(9)  __  names in caption do not match names in caption of complaint, petition or habeas application
(10) xx  other: <u>motion and supporting documents are necessary only if $5.00 filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:

(11) __  is not submitted
(12) xx  is not on proper form (<u>Plaintiff must use court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254</u>)
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. ___
(15) __  uses et al. instead of listing all parties in caption
(16) __  names in caption do not match names in text
(17) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __  other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved forms for

filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 in a Habeas Corpus Action (with the assistance of his case manager or the

facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  Plaintiff shall use the forms in curing the deficiencies in this

action.  Plaintiff may pay the $5.00 filing fee in lieu of filing the § 1915 motion and

affidavit.  It is

      FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

      DATED June 25, 2015, at Denver, Colorado.

                                   BY THE COURT:

                                    s/ Gordon P. Gallagher
                                    United States Magistrate Judge