IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01352-LTB

JOSEPH LUJAN,

    Plaintiff,

v.

DIANE BALKIN,
RYAN YOUNGREN,
DRU NIELSON,
ERIC ZALE,
JAY GRANT, and
KIM LOMBARDI,`

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 30, 2015, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 30 day of July, 2015.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. García Gallegos
                      Deputy Clerk